**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                        **4:98CR00173-WRW**

**KEN EDGERSON**


## <u>ORDER</u>

Pending is Defendant Motion for Expungement (Doc. No. 60).  The Motion is DENIED for lack of jurisdiction.[1]

IT IS SO ORDERED this 18th day of December, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]See *U.S. v. Meyer*, 439 F.3d 855 (8th Cir. 2006).